(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Richard F Kline Jr   956686
  (Name of Plaintiff)   (Inmate Number)

Po Box 9561 Wilmington De. 19809
  (Complete Address with zip code)

(2) _____
  (Name of Plaintiff)   (Inmate Number)

_____
(Case Number)
( to be assigned by U.S. District Court)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Howard R. Young Correctional Inst.
(2) CMS (oversees medical dept.)
(3) Nursing dept (sub contracted)
  (Names of Defendants)

CIVIL COMPLAINT

• • Jury Trial Requested

FILED 2006 NOV -3 PM 3:15
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
      including year, as well as the name of the judicial officer to whom it was assigned:

      N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? **•Yes** ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? **•Yes** ••No

C. If your answer to "B" is Yes:

  1. What steps did you take? I filled out greivance + med greivances over 16. Sent letters to warden with no results

  2. What was the result? 3 med. greivances went back to me from greivance board saying medical would contact me and never did

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Raphael Williams + Stan Taylor

Employed as Warden + Commissioner at Howard R Young Correctional Center

Mailing address with zip code: 1301 E 12st Wilmington De 19801

(2) Name of second defendant: Correctional Medical Services

Employed as they wont name Dept. head at Correction HRYCI

Mailing address with zip code: 1301 E 12st Wilmington De 19801

(3) Name of third defendant: Nursing Dept. (they wont give me a name)

Employed as Head Nurses at HRYCI

Mailing address with zip code: 1301 E 12st Wilmington De 19801

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Howard R Young Correctional facility is involved by refusing medications needed for my physical and mental health. I have several herniated discs and spinal stenosis and they refuse to medicate me properly

2. I have been left on concrete floors and in a fetal position for days on end with the gaurds laughing and Joking. C.M.S. refuses to pay for the meds even though their dr concurs with mine that I need it not to mention I've been waiting to see psych Dr 6 wks

3. Nursing staff is inadaquate and under trained I have been handed others meds 6 x's Told mine were discontinued. Refused to check on meds requested a dr while on the floor and they refused 8 hrs

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. HRYCI Needs to have someone oversee their med. dep. People who come in on meds should have them continued. I have been in severe physical and mental anguish for 6 wks. I and 4 others here need or meds and proper medical care.

3

2. CMS. They are paid to oversee our med. they should have guidelines to follow. They have too much power to Just say no. Even the dr at the Er sent a script for my pain meds thats a third dr + they refused to pay

3. Get a nursing staff who is large enough and qualified to handle the Job. I was given meds I was alergic to, other peoples meds wrong doses of my own not to mention I've been requesting a psych for 6 wks, I attempted suicide 3 x's in prison. I'm ok but I havent seen one yet

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26__ day of __october__, 2_006_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



CLERK
US DISTRICT COURT
LOCK BOX 18
844 N. KING ST
WILMINGTON, DE 19801