To clerk of US District court,

My name is Richard Kline. I am currently incarcerated at Howard R Young correctional center. I want to clarrify a few things. My letters and documents to date have been sent to you via my mother to ensure they reached you. There was a form sent pauperis (if I couldn't afford the fee's) wick I can't. The form requested the prison to certify my income average over a six month period. At the time it was requested I was only here for 1½ months. I came to jail with $124. I kept getting declined for comissary my girlfreind sent me $100. I'm now getting it but the amounts you received are wrong. The only reson I got that amount was initially you get things you need like clothes...

The point of this all, I just added up everything. They

They didn't average it, they didn't show that I had payed for the forms, all that I sent you. The point is at the end of my second month I only have $2 in my account dropping my average monthly income in half. Please just keep in mind they are not honest themselves. I don't know what else to do please help.

Sincerely

[signature]



Richard Kline
956656
PO Box 9561
Wilmington De
19809

Office of the clerk
US District Court
844 N King St Lock Box 18
Wilmington De
19801

U.S.M.S
X-RAY