#1

BD Scanned

FILED
NOV 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk,                    06-678 (SLR)

Please take a moment and read. My name is Richard Kline. I am in Howard R Young correctional institution. I am speaking on part of a handfull of inmates who have nowhere else to turn.

Mr Shephard is in the infirmary who has kidney problems. He's near needing dialasys. Theres medication that will stop the progression but CMS and the prison refuse to pay for it.

Theres a gentlemen who I watched getting drug around like an animal. coming out of the shower two officers one under each arm. An officer in front of him with a sheild every couple of steps slamming the sheild into a brushburn on his forehead.

I went to court a couple days later. I talked to mr sheppard who saw a Lt. hand a co a toilet

#2

and told him use this. He witnessed them clean Feces from the mans rectum then stick it in his mouth.

My old cellmate James Stuwart had a stroke. They were always short on his meds.

My current cellmate, Keith Limehouse had a stroke, severe paralasis on his right side. They sent him to physical therapy one time, ½ hr and a stack of papers showing excercises. He couldnt do half of them solo. I help with what I could but I am partially handicapped. The list goes on.

Me, I have 2 herniated, 4 Buldgin 1 pertruding discs. I also have stenosis at several levels. The last few years I've been on oxicotin, Fentinal, percocet, morphine sulfat. Not all at once. I've done physical therapy, shots in the discs... They took me off of pain meds for a couple of weeks. Now I have been given loratabs 3x's a day.

#3

I've spent the better part of three weeks in the fetal position. I'm always missing medication. 6x's I've been handed someone elses meds. In cell block Dorm 4, I was left on a concrete floor for 6 hrs with no help. In the infirmary I've fallin at least 4x's and was left on the floor for an average of 6 hrs. Theres more I just wanted to tell you some things. The point is we need help. Some people its their lives at risk others like me feel like its hopeless and helpless. It goes on and on. The dr now wants to medicate us properly but Correctional Medical services say no, It costs to much. My question is, whats the monitary value of a human life, there's several time a day where I'm thinking suicide will stop the pane. Please Please Please help us

P.s. Because I'm thinking suiside doesn't mean I'm planing it

Sincerely
Richard Kline
SBI #956686

Richard Kline
SBI #00468
PO Box 500
Wilmington De
19809

WILMINGTON DE 197
27 NOV 2006 PM 3 T

Clerk
US District court
Lock Box 18
844 N King ST,
Wilmington De
19801