IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. KLINE, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL SERVICES,)<br>WARDEN RAPHAEL WILLIAMS, and )<br>NURSING DEPARTMENT, )<br>)<br>Defendants. ) | Civil Action No. 06-678 SLR |

**ORDER**

WHEREAS, plaintiff Richard F. Kline, a prisoner housed at the Howard R. Young Correctional Institution ("HRYCI"), Wilmington, Delaware, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on November 28, 2006, plaintiff filed a letter with the court stating that he thinks "suicide will stop the pain" and which the court construes as a motion for immediate injunctive relief for medical treatment (D.I. 8); and

WHEREAS, plaintiff's complaint also contains reference to suicidal ideation (D.I. 2);

THEREFORE, at Wilmington this 6th day of December, 2006, IT IS ORDERED that defendants Correctional Medical Services, Warden Raphael Williams, and the HRYCI Nursing Department shall file a response to plaintiff's letter/motion (D.I. 8) on or before **December 11, 2006.**

UNITED STATES DISTRICT JUDGE