**FROM:**
INTAKE CLERK
(302) 573-6170
U.S. DISTRICT COURT DISTRICT OF DEL
844 N. KING STREET
WILMINGTON DE 19801

**SHIP TO:**
ATTORNEY GENERAL OF THE STATE OF DE
820 NORTH FRENCH STREET
WILMINGTON DE 19801

1 LBS   1 OF 1

BILLING: P/P

UPS NEXT DAY AIR
TRACKING #: 1Z 190 026 01 4679 5812

DE 197 9-20

---

**FROM:**
INTAKE CLERK
(302) 573-6170
U.S. DISTRICT COURT DISTRICT OF DEL
844 N. KING STREET
WILMINGTON DE 19801

**SHIP TO:**
CORPORATE OFFICE
CORRECTIONAL MEDICAL SERVICES
12647 OLIVE BOULEVARD
SAINT LOUIS MO 63141

1 LBS   1 OF 1

BILLING: P/P

UPS NEXT DAY AIR
TRACKING #: 1Z 190 026 01 4463 2205

MO 630 9-41

**Label 1:**

FROM:
INTAKE CLERK
(302) 573-6170
U.S. DISTRICT COURT DISTRICT OF DEL
844 N. KING STREET
WILMINGTON DE 19801

SHIP TO:
CORRECTIONAL MEDICAL SERVICES/
HRYCI NURSING DEPT.
SUITE 101
1201 COLLEGE PARK DRIVE
**DOVER DE 19904**

1 LBS    1 OF 1

BILLING: P/P

UPS NEXT DAY AIR
TRACKING #: 1Z 190 026 01 4450 5629

DE 199 9-30

**Label 2:**

1
84
Wil

FROM:
INTAKE CLERK
(302) 573-6170
U.S. DISTRICT COURT DISTRICT OF DEL
844 N. KING STREET
WILMINGTON DE 19801

SHIP TO:
WARDEN RAPHAEL WILLIAMS
1301 EAST 12TH STREET
**WILMINGTON DE 19801**

1 LBS    1 OF 1

BILLING: P/P

UPS NEXT DAY AIR
TRACKING #: 1Z 190 026 01 4576 5632

DE 197 9-20