```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
11/30/06 13:13
ST 006 / OPR KJG

SBI              :  0956686
Resident Name    :  KLINE, RICHARD
Time Frame       :  09/12/2006 05:01 - 11/30/2006 13:13

---------------------------------------------------------------------------------
Date        Time    Type              ST   OPR   Receipt #      Amount    Balance
---------------------------------------------------------------------------------

09/12/2006  05:01   Intake            5    bxd   E17270         124.00     124.00
10/12/2006  12:31   Add               4    SED   D56332         100.00     224.00
10/19/2006  10:59   Order             2    DDT   B137995         56.15     167.85
10/19/2006  11:21   Credit           11    DDT   K1461            4.07     171.92
10/19/2006  12:58   Credit           11    DDT   K1464            0.47     172.39
10/26/2006  05:58   Order             2    WLH   B139028         58.44     113.95
10/26/2006  11:58   Rec Payment      10    bsp   J6463            3.00     110.95
11/01/2006  05:44   Order             2    WLH   B140016         43.62      67.33
11/02/2006  10:09   Credit           11    DDT   K1735           11.80      79.13
11/06/2006  13:11   Rec Payment      10    bsp   J6558            0.50      78.63
11/08/2006  05:44   Order             2    WLH   B141062         52.35      26.28
11/15/2006  05:48   Order             2    WLH   B142079         24.29       1.99
11/22/2006  11:48   Add               4    SED   D58715          50.00      51.99
11/23/2006  05:44   Order             2    DDT   B143088         27.53      24.46
11/29/2006  10:50   Add               8    bsf   H26266          50.00      74.46
```

*I've only been here 2 months so this isn't a six month average. It would actually be a lot less*

(Rev. 4/97)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

_Richard F Kline Jr_
Plaintiff

V.

_Howard R Young CI Raphael Williams_
Defendant(s)
SBI #0956686

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _06-678 (SLR)_

FILED
DEC -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, _Richard Kline_, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_
   _Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254._

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   _N/A_

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _Only 13/hr Feb-march JAR Construction Nazareth Pa 18018_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   K.    K.    daughter $75/wk

I declare under penalty of perjury that the above information is true and correct.

11/30/06
DATE

_____
SIGNATURE OF APPLICANT

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ 74.46 on account his/her credit at (name of institution) HRYCF .

I further certify that the applicant has the following securities to his/her credit:

N/A

I further certify that during the past six months the applicant's average monthly balance was $ 170.00 and the average monthly deposits were $ 50.00 .

11/30/06
Date

_____ 11/30/06
SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)




Richard Kline
PO Box 9561
Wilm De
19809

Clerk
US District court
844 N King st
Wilm De 19801