**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **RICHARD F. KLINE, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **C.A. No. 06-678-SLR** |
| | ) | |
| **CORRECTIONAL MEDICAL SERVICES,** | ) | |
| **WARDEN RAPHAEL WILLIAMS, and** | ) | |
| **NURSING DEPARTMENT,** | ) | |
| | | |
| **Defendants.** | | |

**DEFENDANT WILLIAMS' RESPONSE TO PLAINTIFF'S  LETTER
POSTMARKED NOVEMBER 27, 2006**

Pursuant to the Court's order of December 6, 2006, Defendant Raphael Williams hereby responds Plaintiff's letter postmarked November 27, 2006, as follows:

1.      Mr. Kline is being treated by the Mental Health Unit at Howard R. Young Correctional Institution ("HRYCI") for Major Depressive Disorder, and he has been diagnosed as having Polysubstance Dependence.  Prior to writing his letter to the Court, Mr. Kline was last seen by a psychiatrist on November 16, 2006.  Dr. Sacre  prescribed Thorazine, Elavil, and Cogentin for Mr. Kline, who denies side effects problems with these medications.

2.      Mr. Kline reports that he has a history of four suicide attempts, the most recent occurring in 1999 while he was in withdrawal.  He has also reported that his father committed suicide.  These reports have not been confirmed.

3.      Mr. Kline has been put on Psychiatric Close Observation ("PCO").  The CMS staff psychiatrist, Dr. Alexander Jacobson, agreed with Deborah Muscarella, the Site Mental Health Director at HRYCI, that Mr. Kline should be placed on PCO Level II

as a precaution.  PCO Level II requires that a patient be observed every 15 minutes and kept in a cell with no personal items that could pose a danger, as well as attired in special clothing.

4.    Mr. Kline is housed in the Infirmary at HRYCI, where he was housed prior to writing his letter to the Court.  Dr. Jacobson was scheduled to see Mr. Kline during the evening of December 8, 2006, for further assessment.  We understand that CMS will report to the Court on the results of that examination.

5.    According to the Site Mental Health Director, Ms. Muscarella, Mr. Kline was interviewed by Benjamin Griffith, M.A. Mental Health Professional, on the morning of December 8, 2006.  In this interview, Mr. Kline denied any intention to commit suicide and stated that his goal in writing the letter to the Court was to obtain more pain medications through CMS.  Asked about the disparity between his reports to mental health staff at HRYCI and his letter to the Court, Mr. Kline stated, "I guess I wasn't thinking about how it would come across to someone when they read it.  I'm not suicidal."  He did admit to being depressed due to his back pain and to being in prison and having some suicidal ideation.

6.    Ms. Muscarella's letter to Warden Williams summarizing Mr. Kline's recent medical history is attached at Exhibit A.

7.    Apart from the review by site mental health staff, the Department's Health Services Director, James C. Welch, R.N., directed his assistant Jeremy McEntire, M.S., to go to Gander Hill on December 8, 2006, to review all relevant medical records.  The results of that review are summarized in a two-page attachment to this response (Exhibit B).  Mr. McEntire is the Treatment Administrator for the Department, and has been

employed as a mental health professional in the prison context for more than three years.

8.     As counsel believes that the Court wants as much information as soon as possible, the attached documents were drafted quickly and are not sworn statements.  If the Court wants a more formal response, counsel will provide affidavits and medical records.

Respectfully submitted,

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Richard W. Hubbard
Deputy Attorney General
Carvel State Building, 6th Floor
820 North French Street
Wilmington, Delaware 19801
(302) 577-8400
richard.hubbard@state.de.us

Dated:  December 11, 2006

Attorney for the Defendant

## <u>CERTIFICATE OF MAILING AND/OR DELIVERY</u>

The undersigned certifies that on December 11, 2006, he caused the foregoing

document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Richard F. Kline, Jr. (SBI 956686)
HRYCI
1301 East 12th Street
Wilmington, DE 19809

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

_✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

<u>/s/ Richard W. Hubbard</u>
Richard W. Hubbard (I.D. #2442)
Deputy Attorney General