## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICHARD F. KLINE, JR.,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. 06-678 SLR** |
| | ) | |
| **CORRECTIONAL MEDICAL SERVICES, WARDEN RAPHAEL WILLIAMS and NURSING DEPARTMENT,** | ) ) ) ) | **TRIAL BY JURY DEMANDED** |
| | ) | |
| **DEFENDANTS.** | ) | |

### MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S DECEMBER 6, 2006 ORDER

Defendant, Correctional Medical Services, Inc. ("CMS"), through its undersigned counsel, hereby moves this Honorable Court to enter the attached Order, granting it an extension of time until December 18, 2006 in which to respond to the Court's December 6, 2006 Order and, in support thereof, avers as follows:

1. On December 6, 2006, this Court entered an Order directing the parties to file a response to Plaintiff's letter/motion (D.I. 8) on or before December 11, 2006.

2. Moving Defendant, CMS, has not been served with the Complaint; therefore, the response of Moving Defendant, CMS, is by Order of Court and shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant, CMS. Moving Defendant, CMS, specifically reserve all rights to raise jurisdictional, service, or statute of limitations defects which may be available.

3. Conversations between defense counsel and the medical staff at Herbert R. Young Correctional Institution have elicited the following information:

(a) Plaintiff had been prescribed approximately six (6) medications for pain, including narcotics;

(b) Under the guidance of a physician, Plaintiff's medication regime is being re-evaluated such that Plaintiff is being weaned from some of the narcotics;

(c) Plaintiff was housed in the infirmary until December 7, 2006 at which time he was discharged by order of a physician;

(d) On December 8, 2006, Plaintiff was placed on suicide watch because he was deemed a risk to himself and others. As a result, a security guard would check on Plaintiff every fifteen (15) minutes; and

(e) Plaintiff was discharged from suicide watch back to the infirmary on December 10, 2006.

3. However, Moving Defendant is in the process of obtaining medical documentation regarding the allegations set forth in his November 28, 2006 letter/motion and, in order to adequately do so, requires additional time.

WHEREFORE, Defendant, Correctional Medical Service, respectfully moves this Honorable Court to enter the attached Order, granting it an extension of time until December 18, 2006 in which to respond to the Court's December 6, 2006 Order.

                       MARSHALL, DENNEHEY, WARNER,
                       COLEMAN & GOGGIN

BY:   /s/ Eric Scott Thompson
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      ERIC SCOTT THOMPSON. ESQ.
      DE Bar ID: 4633
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorneys for Defendant, Correctional
      Medical Services, Inc.

DATED: December 11, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\395284\ESTHOMPSON\13252\15000

### CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that a copy of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S DECEMBER 6, 2006 ORDER** has been served by electronic mail and first class mail upon the following:

Richard F. Kline
SBI # 956686
Herbert R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Erika Y. Tross, Esquire
Department of Justice
820 N. French Street, 8th Floor
Carvel State Office Building
Wilmington, DE  19801

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY:   /s/ Eric Scott Thompson
        KEVIN J. CONNORS, ESQ.
        DE Bar ID: 2135
        ERIC SCOTT THOMPSON. ESQ.
        DE Bar ID: 4633
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorneys for Defendant, Correctional
        Medical Services, Inc.

DATED:  December 11, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\395284\ESTHOMPSON\13252\15000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. KLINE, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 06-678 SLR |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, WARDEN RAPHAEL WILLIAMS and NURSING DEPARTMENT, | ) ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| DEFENDANTS. | ) | |

## O R D E R

**AND NOW,** this _____ day of _____, 2006, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., for Extension of Time to Respond to the Court's December 6, 2006 Order and all Responses thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant, Correctional Medical Services, Inc., shall respond to the Court's December 6, 2006 Order on or before December 18, 2006.

_____
J.

\15_A\LIAB\ESTHOMPSON\LLPG\395417\ESTHOMPSON\13252\15000