IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. KLINE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-678-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| WARDEN RAPHAEL WILLIAMS and | ) |
| NURSING DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 11th day of December, 2006, having reviewed the motion for an extension of time to respond to the court's December 6, 2006 order, said motion filed by defendant Correctional Medical Services, Inc.;

IT IS ORDERED that said motion is granted, to the extent that the movant's response is due to be filed by Wednesday, December 13, 2006, rather than Monday, December 11, 2006.

_____
United States District Judge