EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. KLINE, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 06-678 SLR |
| | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, WARDEN RAPHAEL | ) | |
| WILLIAMS and NURSING | ) | TRIAL BY JURY DEMANDED |
| DEPARTMENT, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 06-678 SLR

\15_A\LIAB\ESTHOMPSON\LLPG\358541\ESTHOMPSON\2252\00165

EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. KLINE, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 06-678 SLR |
| | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, WARDEN RAPHAEL | ) | |
| WILLIAMS and NURSING | ) | TRIAL BY JURY DEMANDED |
| DEPARTMENT, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 06-678 SLR

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. KLINE, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 06-678 SLR |
| | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, WARDEN RAPHAEL | ) | |
| WILLIAMS and NURSING | ) | TRIAL BY JURY DEMANDED |
| DEPARTMENT, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 06-678 SLR

\15_AI\IAB\EST:JOMPSON\LLPG\358541\FS:THOMPSON\13252\00165

EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. KLINE, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 06-678 SLR |
| | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, WARDEN RAPHAEL | ) | |
| WILLIAMS and NURSING | ) | TRIAL BY JURY DEMANDED |
| DEPARTMENT, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Shamsidin Ali v. Delaware Department of Corrections, et al.
Civil Action NO. 06-678 SLR