**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard F Kline Jr | 06-678 SLR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| C Nursing staff | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nursing staff at Prison HRYCI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 E 12th St Wilmington DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Kline
PO Box 9561
Wilmington DE 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

They won't tell me the name of the company, they are sub contractors. At all shifts there is an RN on duty, she is the supervisor

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11/29/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 1/5/07

REMARKS: Ret. Unexecuted

Need more information.

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED