IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. KLINE, JR. )<br>  )<br>    Plaintiff, )<br>  )<br>    v. ) Civil Action No. 06-678-SLR<br>  )<br>CORRECTIONAL MEDICAL SERVICES,)<br>WARDEN RAPHAEL WILLIAMS, and )<br>NURSING DEPARTMENT, )<br>  )<br>    Defendants. ) | |

### ORDER

WHEREAS, Plaintiff Richard F. Kline, Jr. filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this court granted plaintiff leave to proceed in forma pauperis on November 17, 2006 (D.I. 4);

WHEREAS, in light of plaintiff's grave allegations of deliberate indifference to a serious medical need, the court conducted an early review and screening of the complaint (D.I. 5);

WHEREAS, plaintiff was advised in the court's order "that when ordered by the court, he must provide the necessary documentation to proceed in forma pauperis" and plaintiff was "forewarned that failure to promptly submit the necessary documentation may result in the case being dismissed" (D.I. 5);

WHEREAS, on November 30, 2006, the court entered an order requiring plaintiff to complete and return an authorization form

within thirty days or the case would be dismissed (D.I. 10);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from plaintiff;

THEREFORE, at Wilmington this 11th day of January, 2007, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the $350.00 filing fee owed. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

                                                              *[signature]*
                                        UNITED STATES DISTRICT JUDGE