IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. KLINE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-678 SLR |
| ) | |
| HOWARD R. YOUNG ) | |
| CORRECTIONAL INST., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

This 31st day of July, 2007, it appearing that:

1. All non-sealed and non-expunged records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2. The policy of this Court is that case records are forwarded to the NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3. This case will be forwarded to the NARA after being held for the minimum period of six months.

4. During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5. The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW, therefore, IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the NARA, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the NARA in accordance with the policy of this Court.

_____
United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

Eric Scott Thompson, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
Email: ethompson@mdwcg.com

Richard W. Hubbard, Esq.
Department of Justice
Civil Division
820 N. French Street
6th Floor
Wilmington, DE 19801
Email: Richard.Hubbard@state.de.us

RE: **Return of Sealed Documents**
Civ No.: 06-678 SLR

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed order of the court, **counsel is asked to claim the sealed documents referenced to in the order by August 7, 2007.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet.

A jointly filed document may be claimed by any attorney who signed/filed the document. **If counsel does not claim the documents they filed by the above date**, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order. To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**

**returnsealeddocs@ded.uscourts.gov**

Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. **An attorney who is not a registered CM/ECF filer** may claim their sealed documents by phoning me at the Clerk's Office, at 302-573-6170.

Sincerely,

By: /s/ Larisha Davis
Deputy Clerk

Enc.: docket sheet

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00678-SLR
### Internal Use Only

| | |
|---|---|
| Kline v. Howard R. Young Correctional Inst. et al | Date Filed: 11/03/2006 |
| Assigned to: Honorable Sue L. Robinson | Date Terminated: 01/12/2007 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 555 Prisoner: Prison Conditions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Richard F. Kline, Jr.**     represented by **Richard F. Kline, Jr.**
956686
HRYCF
P.O. Box 9561
Wilmington, DE 19809
*PRO SE*

V.

**Defendant**

**Howard R. Young Correctional Inst.**
*TERMINATED: 11/21/2006*

**Defendant**

**Correctional Medical Services**     represented by **Eric Scott Thompson**
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4370
Email: ethompson@mdwcg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warden Raphael Williams**     represented by **Richard W. Hubbard**
Department of Justice
Civil Division
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
Email: Richard.Hubbard@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner Stan Taylor**
*TERMINATED: 11/21/2006*

**Defendant**

| | | |
|---|---|---|
| 12/11/2006 | 15 | RESPONSE to Order re 12 Order,, Set Briefing Schedule, filed by Raphael Williams. (Attachments: # (1) Exhibit A - Muscarella Letter# (2) Exhibit B - Kline Letter) (Hubbard, Richard) (Entered: 12/11/2006) |
| 12/11/2006 | 16 | MOTION for Extension of Time to File Response/Reply *Motion of Defendant, Correctional Medical Services, Inc., for an Extension of Time to Respond to the Court's December 6, 2006 Order* - filed by Correctional Medical Services. (Attachments: # 1 Order)(Thompson, Eric) (Entered: 12/11/2006) |
| 12/11/2006 | | (Court only) ***Attorney Richard W. Hubbard for Raphael Williams added. (fmt) (Entered: 12/11/2006) |
| 12/11/2006 | 17 | SEALED EXHIBITS A and B to 15 Response to Order by Raphael Williams. (fmt) (Entered: 12/11/2006) |
| 12/11/2006 | | CORRECTING ENTRY: Exhibits A and B to D.I. 15 have been placed under seal. (fmt) (Entered: 12/11/2006) |
| 12/11/2006 | | USM 285 forms received for the following defendants: Correctional Medical Services, Nursing Staff, and Warden Raphael Williams (fmt) (Entered: 12/12/2006) |
| 12/12/2006 | 18 | ORDER Motions terminated: granting to the extent that movant's response is now due DECEMBER 13, 2006: 16 MOTION for Extension of Time to File Response/Reply *Motion of Defendant, Correctional Medical Services, Inc., for an Extension of Time to Respond to the Court's December 6, 2006 Order* filed by Correctional Medical Services. Signed by Judge Sue L. Robinson on 12/11/06. (rld) (Entered: 12/12/2006) |
| 12/13/2006 | | USM 285 form received for the following defendant: Attorney General (ead) (Entered: 12/13/2006) |
| 12/13/2006 | 19 | SEALED EXHIBITS *Kline Exhibits 1, 2, 3, 4* by Correctional Medical Services. (Thompson, Eric) Modified on 12/13/2006 (fmt, ). (Entered: 12/13/2006) |
| 12/13/2006 | 20 | RESPONSE to Order re 18 Order,, Terminate Motions, filed by Correctional Medical Services. (Attachments: # (1) Text of Proposed Order Proposed Order Denying Plaintiff's Motion for Immediate Injunctive Relief)(Thompson, Eric) Additional attachment(s) added on 12/14/2006 (fmt, ). (Entered: 12/13/2006) |
| 12/14/2006 | | CORRECTING ENTRY: A proposed order has been attached to D.I. 20 (fmt) (Entered: 12/14/2006) |
| 12/20/2006 | 21 | MEMORANDUM ORDER denying motion for emergency injunctive relief (D.I. 6). Signed by Judge Sue L. Robinson on 12/19/06. (rld) Additional attachment(s) added on 12/20/2006 (rld, ). (Entered: 12/20/2006) |
| 12/20/2006 | | Exit USM 285 forms for Correctional Medical Services, Warden Raphael Williams, Nursing Department and Attorney General of Delaware with copies of D.I. Nos. 2, 4, 5, 8, 9, 10, 12, 18, 21, and Mag. Consent Forms to U.S. Marshal for service. (fmt) (Entered: 12/20/2006) |
| 01/05/2007 | 22 | USM 285 Returned Unexecuted as to Nursing Dept. Need more information. (fmt) (Entered: 01/05/2007) |
| 01/11/2007 | 23 | WAIVER OF SERVICE with 285 form returned executed For Raphael Williams waiver sent on 1/5/2007, answer due 3/6/2007. (fmt) (Entered: 01/11/2007) |
| 01/12/2007 | 24 | ORDER dismissing complaint without prejudice. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. (Copy to pltf. & Prison Business Office), ***Civil Case Terminated. Signed by Judge Sue L. Robinson on 1/11/07. (rld) (Entered: 01/12/2007) |
| 01/26/2007 | 25 | USM 285 Returned Executed for the Attorney General of Delaware; Date of Service: 1/25/07. (fmt) (Entered: 01/26/2007) |