OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
    CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

August 30, 2007

Richard W. Hubbard, ESQ.
Department of Justice
Civil Division
Email: Richard.Hubbard@state.de.us

    RE:  **Kline v. Howard R. Young Correctional Inst. et al**
         Civ. No. **06-cv-678-SLR**

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    17.

    A copy of the signed acknowledgment has been attached for your records.

         Sincerely,

         Peter T. Dalleo, Clerk

         By: _[signature]_

    I hereby acknowledge receipt of the above mentioned documents

on     AUG 3 0 2007    .

_[signature: Jennifer Mitchell]_
Signature