OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

*August* **30** , *2007*

Eric Scott Thompson,ESQ.
Marshall, Dennehey, Warner, Coleman & Goggin
Email: ethompson@mdwcg.com

RE: **Kline v. Howard R. Young Correctional Inst. et al**
Civ. No. **06-cv-678-SLR**

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable
Sue L. Robinson, the following documents are herewith being
returned to you:

ITEMS:    19.

A copy of the signed acknowledgment has been attached for
your records.

Sincerely,

Peter T. Dalleo, Clerk

By:

I hereby acknowledge receipt of the above mentioned
documents

on ___8/30/07___ .

Signature